
GOVERNMENT EXHIBIT B

# Department of Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 13 CR 617-2 |
| DEFENDANT | TYPE OF PROCESS |
| MARVIN BAUSLEY | PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**
Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
REAL PROPERTY COMMONLY KNOWN AS:
Address (Street or RFD / Apt. # / City, State, and Zip Code)
9247 S. INDIANA, CHICAGO, ILLINOIS

Send NOTICE OF SERVICE copy to Requester:
ZACHARY T. FARDON, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: BARBARA ROBERTSON, CONTRACT PARALEGAL

Number Of Process To Be Served In This Case:
Number Of Parties To Be Served In This Case:
Check Box If Service Is On USA:

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED.**

Signature of Attorney or other Originator requesting service on behalf of
MATTHEW EBERT, AUSA  /s/ Matthew Ebert
[X] Plaintiff  [ ] Defendant
Telephone No. (312) 353-5300
Date 11/5/15

SIGNATURE OF PERSON ACCEPTING PROCESS:
Date:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER
Date 11-19-15

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE

NAME & TITLE of Individual Served If not shown above:
Asa Patterson

[X] A Person of suitable age and discretion then residing in the defendant's usual place of abode

ADDRESS (Complete only if different than shown above.)
9247 S. Indiana Ave
Chicago IL

Date of Service: 11-19-15
Time of Service: 10:40 [X] AM [ ] PM

Signature, Title and Treasury Agency
Tirshatha Tice  AFC-SA-IRS-CI

REMARKS:

TD F 90-22.48 (6/96)

Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.

# Department of Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 13 CR 617-2 |
| DEFENDANT | TYPE OF PROCESS |
| MARVIN BAUSLEY | PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
**REAL PROPERTY COMMONLY KNOWN AS:**

Address (Street or RFD / Apt. # / City, State, and Zip Code)
**14749 S. CLIFTON PARK AVE., MIDLOTHIAN, ILLINOIS**

Send NOTICE OF SERVICE copy to Requester:

ZACHARY T. FARDON, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: BARBARA ROBERTSON, CONTRACT PARALEGAL

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PERSONAL SERVICE IS REQUIRED.**

Signature of Attorney or other Originator requesting service on behalf of
MATTHEW EBERT, AUSA   *Matthew Ebert* [X] Plaintiff   [ ] Defendant   Telephone No. (312) 353-5300   Date 11/5/15

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *Christine Tu* | Date 11-19-15 |

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:
Javon White

[✓] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS (Complete only if different than shown above.)

Date of Service: 11-19-15
Time of Service: 10:20   [X] AM [ ] PM

Signature, Title and Treasury Agency
*Christine Tu*   AFC - IRS-SA-CI

**REMARKS:**

TD F 90-22.48 (6/96)

# Department of Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 13 CR 617-2 |
| DEFENDANT | TYPE OF PROCESS |
| MARVIN BAUSLEY | PRELIMINARY ORDER OF FORFEITURE |

| SERVE AT | Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| | COOK COUNTY TREASURER |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |
| | 118 NORTH CLARK ST., ROOM 112, CHICAGO, ILLINOIS 60602 |

| Send NOTICE OF SERVICE copy to Requester: | Number Of Process To Be Served In This Case. | |
|---|---|---|
| ZACHARY T. FARDON, UNITED STATES ATTORNEY OFFICE OF THE UNITED STATES ATTORNEY 219 SOUTH DEARBORN STREET, 5TH FLOOR CHICAGO, ILLINOIS 60604 ATTN: BARBARA ROBERTSON, CONTRACT PARALEGAL | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times )

**PLEASE SEND VIA CERTIFIED MAIL.**

| Signature of Attorney or other Originator requesting service on behalf of | | [X] Plaintiff | Telephone No. | Date |
|---|---|---|---|---|
| MATTHEW EBERT, AUSA | *Matthew Ebert* | [ ] Defendant | (312) 353-5300 | 11/5/15 |

| SIGNATURE OF PERSON ACCEPTING PROCESS: | Date |
|---|---|

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *Kristine Price* | Date 11-16-15 |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service 11-16-15 | Time of Service 1 pm | [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency *Kristine Price* SA AFC IRS-CI | | |

**REMARKS:**
Certified Mail # 7012 1640 0001 1753 4897

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — 16 2015

Sent To: Cook County Treasurer
Street, Apt. No.; or PO Box No.: 118 North Clark St Rm 112
City, State, ZIP+4: Chicago IL 60602

PS Form 3800, August 2006 — See Reverse for Instructions

7012 1640 0001 1753 4897

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Cook County Treasurer
118 North Clark St.
Room 112
Chicago IL 60602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery: H-2015

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0001 1753 4897

PS Form 3811, July 2013 — Domestic Return Receipt

# Department of Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 13 CR 617-2 |
| DEFENDANT | TYPE OF PROCESS |
| MARVIN BAUSLEY | PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

Name of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize
MTAG AS CUST FOR CAZ CREEK IL LLC

Address (Street or RFD / Apt. # / City, State, and Zip Code)
PO BOX 54303, NEW ORLEANS, LA 70154

Send NOTICE OF SERVICE copy to Requester:

ZACHARY T. FARDON, UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
219 SOUTH DEARBORN STREET, 5TH FLOOR
CHICAGO, ILLINOIS 60604
ATTN: BARBARA ROBERTSON, CONTRACT PARALEGAL

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

**PLEASE SEND VIA CERTIFIED MAIL.**

Signature of Attorney or other Originator requesting service on behalf of
MATTHEW EBERT, AUSA   [X] Plaintiff   [ ] Defendant
Telephone No. (312) 353-5300
Date 11/5/15

SIGNATURE OF PERSON ACCEPTING PROCESS:   Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.
District of Origin No.
District to Serve No.
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:
Date 11-16-15

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service 11-16-15
Time of Service 1:00   [ ] AM [X] PM

Signature, Title and Treasury Agency
Mistui Tice   SA AFC IRS-CI

**REMARKS:**

Certified Mail # 7012 1640 0001 1753 4712

TD F 90-22.48 (6/96)

*Make (5) copies after form is signed. SEND ORIGINAL + 4 COPIES to TREASURY AGENCY. Retain Copy #5 for your file.*

**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To: MTAG As Cust For CAZ Creek, IL LLC
Street, Apt. No.; or PO Box No. P.O BOX 54303
City, State, ZIP+4 New Orleans, LA 70154

7012 1640 0001 1753 4712

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mtag As. Cust For
CAZ Creek IL LLC
P.O. Box 54303
New Orleans, LA
70154

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): J Walsh
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0001 1753 4712

PS Form 3811, July 2013    Domestic Return Receipt

Schol Rar... L

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 617-2 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| MARVIN BAUSLEY | ) | |

I, Barbara Robertson, a non-attorney, certify that a copy of the preliminary order of forfeiture was sent via certified mail to the following party:

Newline Financial
30 W. Monroe, Suite 400
Chicago, Illinois 60603

by enclosing said property addressed envelope, postage paid, and depositing same in the United States mail at 219 S. Dearborn, Chicago, Illinois before the hour of 5:00 p.m. on the 22nd day of January 2016.

Barbara Robertson

SUBSCRIBED and SWORN to before me
this 22nd day of January 2016.

NOTARY PUBLIC

"OFFICIAL SEAL"
Catherine A Montgomery
Notary Public, State of Illinois
My Commission Expires 11/2/2019

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. Attorney's Office
Northern District of Illinois
219 South Dearborn, Suite 500
Chicago, Illinois 60604
ATTN: Money Laundering/Asset Forfeiture
B. Robertson

13 CR 617

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Newline Financial LLC
30 W. Monroe, Suite 400
Chicago, Illinois 60603

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)
D. Schaefer

C. Date of Delivery
1/26/16

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®
☐ Registered
☐ Insured Mail
☐ Priority Mail Express™
☐ Return Receipt for Merchandise
☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7013 2250 0001 2144 5476

PS Form 3811, July 2013          Domestic Return Receipt