UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 13 CR 617-2 |
| v. ) | |
| ) | Judge Thomas M. Durkin |
| MARVIN BAUSLEY ) | |

### FINAL ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 982, and Fed. R. Crim. P. 32.2, and the Court being fully informed hereby finds as follows:

(a) On September 25, 2013, an indictment was returned charging defendant MARVIN BAUSLEY with violations of the Controlled Substances Act pursuant to the provisions of 21 U.S.C. § 846, among other violations;

(b) The indictment sought forfeiture to the United States of certain property pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2) and 18 U.S.C. § 982(a)(1);

(c) On September 23, 2014, pursuant to Fed. R. Crim. P. 11, defendant MARVIN BAUSLEY entered a guilty plea to Counts One, Nine and Ten of the indictment charging him with violations of 21 U.S.C. § 846, 18 U.S.C. § 922(g) and 18 U.S.C. § 1957;

(d) In the plea agreement entered between the defendant and the United States, defendant MARVIN BAUSLEY agreed that the following property is subject to forfeiture pursuant to the provisions of 21 U.S.C. § 853 and 18 U.S.C. § 982. The property subject to forfeiture includes but is not limited to:

    1. the real property commonly known as 9247 S. Indiana, Chicago, Illinois

and legally described as:

> LOT 77 IN RICHARD G. COLEMAN AND COMPANY'S RESUBDIVISION OF PART OF BLOCKS 3, 8 AND 10 IN FAIRMOUNT AND THE EAST ½ OF THE SOUTHWEST ¼ AND THE NORTHWEST ¼ OF THE SOUTHEAST ¼ SOUTH OF CHICAGO ROCK ISLAND AND PACIFIC RAILROAD IN SECTION 3, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 25-03-310-015; and

      2.    the real property commonly known as 14749 S. Clifton Park Ave., Midlothian, Illinois and legally described as:

> LOT 22 (EXCEPT THE NORTH 11 FEET THEREOF) AND ALL OF LOT 23, IN BLOCK 1, TOGETHER WITH THE WEST ½ OF THE VACATED ALLEY LYING EAST AND ADJOINING IN MARKHAM MIDLOATHINAN ADDITION, BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 (EXCEPT THE WEST 5 ACRES OF THE NORTH ½ THEREOF) OF THE SOUTHEAST ¼ AND THE WEST ½ OF THE SOUTHWEST ¼ OF THE SOUTHEST ¼ OF SECTION 11, TOWNSHIP 36 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 28-11-401-046.

(e) On October 22, 2015, this Court entered a preliminary order of forfeiture forfeiting any interest defendant MARVIN BAUSLEY had in the foregoing properties for disposition according to law;

(f) Pursuant to the provisions of 21 U.S.C. § 853(n)(1), beginning on November 6, 2015 and continuing for at least 30 consecutive days, notice of the criminal forfeiture for the foregoing real properties was posted on an official government internet site;

(g) The preliminary order of forfeiture was served pursuant to the district court's ECF system as to ECF filers. Additionally, Cook County Treasurer's Office, Newline Financial, LLC, Mtag as Cust for Caz Creek Illinois, LLC and Asa Patterson were served with a copy of the preliminary order of forfeiture and the notice of forfeiture. Pursuant to the provisions of 21

2

U.S.C. § 853(n)(1), no other parties are known to have an interest in the foregoing properties and accordingly, no other parties were served with a copy of the notice of forfeiture and the preliminary order of forfeiture.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That, pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 982, and Fed. R. Crim. P. 32.2, all right, title, and interest of defendant MARVIN BAUSLEY and any third party in the following real properties is hereby forfeit to the United States of America for disposition according to law;

    (a) the real property commonly known as 9247 S. Indiana, Chicago, Illinois and legally described as:

> LOT 77 IN RICHARD G. COLEMAN AND COMPANY'S RESUBDIVISION OF PART OF BLOCKS 3, 8 AND 10 IN FAIRMOUNT AND THE EAST ½ OF THE SOUTHWEST ¼ AND THE NORTHWEST ¼ OF THE SOUTHEAST ¼ SOUTH OF CHICAGO ROCK ISLAND AND PACIFIC RAILROAD IN SECTION 3, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 25-03-310-015; and

    (b) the real property commonly known as 14749 S. Clifton Park Ave., Midlothian, Illinois and legally described as:

> LOT 22 (EXCEPT THE NORTH 11 FEET THEREOF) AND ALL OF LOT 23, IN BLOCK 1, TOGETHER WITH THE WEST ½ OF THE VACATED ALLEY LYING EAST AND ADJOINING IN MARKHAM MIDLOATHINAN ADDITION, BEING A SUBDIVISION OF PART OF THE NORTHWEST 1/4 (EXCEPT THE WEST 5 ACRES OF THE NORTH ½ THEREOF) OF THE SOUTHEAST ¼ AND THE WEST ½ OF THE SOUTHWEST ¼ OF THE SOUTHEST ¼ OF SECTION 11, TOWNSHIP 36 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN IN COOK COUNTY, ILLINOIS.

Permanent Real Estate Index Number: 28-11-401-046;

2. That, pursuant to the provisions of 21 U.S.C. § 853(n)(7), following entry of this order, the United States shall have clear title to the foregoing properties and shall dispose of the properties according to law;

3. The Internal Revenue Service may incur certain costs and shall be permitted to deduct from the proceeds of the sale any reasonable and necessary costs incurred to effectuate the sale and costs incurred to maintain the properties, if any, pending sale;

4. The net proceeds remaining shall be forfeited to the United States and disposed of according to law; and

5. This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

_____
THOMAS M. DURKIN
United States District Judge

DATED:_____