**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                 Plaintiff,

v.                                    Case No.: 1:13−cr−00617

                                     Honorable Thomas M. Durkin

Marvin Bausley, et al.

                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

      MINUTE entry before the Honorable Jeffrey Cole:as to Marvin Bausley: Status hearing held. Settlement conference held. With the generous cooperation of the government and Mr. Patterson the case is settled. The government and Mr. Patterson are to be heartily congratulated for the uncommon good sense that was displayed on both sides during our conference today. The government will draft a settlement agreement, the terms of which everyone agreed on and Mr. Patterson said he agreed to and he would sign the agreement. The parties are to submit an executed settlement agreement ot Judge Durkin for his approval. All matters relating to the referral of this case having been completed, the case is returned to Judge Durkin. Case no longer referred to Honorable Jeffrey Cole. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.