UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13 CR 617-1 |
| v. | ) | |
| | ) | Judge Thomas M. Durkin |
| ARMANDO SOTO, et al | ) | |

## NOTICE OF MOTION

TO:  Defense Counsel of Record

PLEASE TAKE NOTICE that on May 23, 2019 at 9:00 a.m., I will appear before the Honorable Thomas M. Durkin, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **MOTION OF THE UNITED STATES FOR ENTRY OF A FINAL ORDER OF FORFEITURE** in the above-captioned case, at which time and place you may appear if you see fit.

                                      Respectfully submitted,

                                      JOHN R. LAUSCH, JR.
                                      United States Attorney

By:  /s/ *Christopher V. Parente*
       CHRISTOPHER V. PARENTE
       Assistant United States Attorney
       219 S. Dearborn, 5th Floor
       Chicago, Illinois 60603
       (312) 353-5300

Dated: May 16, 2019